■ COSTELLO CONSTRUCTION CO., INC., Respondent, v DORMITORY AUTHORITY OF THE STATE OF NEW YORK, Appellant.—Judgment, Supreme Court, Bronx County, entered January 23, 1978, unanimously affirmed for the reasons stated by Spector, J., at Trial Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Fein and Sandler, JJ.

■ NEW YORK PUBLIC INTEREST RESEARCH GROUP, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on March 10, 1977, unanimously affirmed on the opinion of Fraiman, J. Respondents (other than the city respondents) shall recover of appellants one bill of $60 costs and disbursements of this appeal. Concur—Silverman, Evans, Lane and Markewich, JJ.; Kupferman, J. P., would affirm on constraint of *Board of Educ. v Associated Teachers of Huntington* (30 NY2d 122), and would impose no costs. [89 Misc 2d 262.]

■ In the Matter of CARL SCHERO et al., Petitioners, v JOSEPH J. CHRISTIAN et al., Respondents.—Determination of the respondents, dated August 25, 1976, unanimously confirmed, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Lane and Markewich, JJ.; Evans, J., would confirm on constraint of *Matter of Jones v New York City Housing Auth.* (60 AD2d 812).